UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Derrick Virgne, *on behalf of himself and all others similarly situated*,　　Plaintiff(s),<br><br>v.<br><br>C.R. England, Inc.,<br>　　Defendant(s). | Cause No. 1:19-cv-02011-SEB-MJD |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY STEPHEN F. TAYLOR**

Amy L. Cueller of the law firm Lemberg Law, LLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Stephen F. Taylor of Lemberg Law, LLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Derrick Virgne, in the above-styled cause only.  In support of this motion, the undersigned states:

1.  The Certification of Stephen F. Taylor, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Stephen F. Taylor leave to appear *pro hac vice* for purposes of this cause only.

Dated: September 18, 2019

Respectfully submitted,

 /s/ Amy L. Cueller
Amy L. Cueller, #15052-49
LEMBERG LAW, L.L.C.
43 Danbury Road

Wilton, CT 06897
Telephone: (203) 653-2250
Fax No.: (203) 653-3424
E-Mail: acueller@lemberglaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 18, 2019, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Stephen F. Taylor was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

I further certify that on September 18, 2019 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Stephen F. Taylor was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

David S. Almeida
David M. Krueger
Benesch, Friedlander, Coplan & Aronoff
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
dalmeida@beneschlaw.com
dkrueger@beneschlaw.com


    /s/ Amy L. Cueller
Amy L. Cueller


LEMBERG LAW, L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Fax No.: (203) 653-3424