UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Derrick Virgne, *on behalf of himself and all others similarly situated*, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Cause No. 1:19-cv-02011-SEB-MJD |
| C.R. England, Inc., | ) ) | |
| Defendant(s). | ) ) | |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY SERGEI LEMBERG**

Amy L. Cueller of the law firm Lemberg Law, LLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Sergei Lemberg of Lemberg Law, LLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Derrick Virgne, in the above-styled cause only.  In support of this motion, the undersigned states:

1.  The Certification of Sergei Lemberg, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Sergei Lemberg leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 12, 2019

Respectfully submitted,

 /s/ Amy L. Cueller
Amy L. Cueller, #15052-49
LEMBERG LAW, L.L.C.
43 Danbury Road

Wilton, CT 06897
Telephone: (203) 653-2250
Fax No.: (203) 653-3424
E-Mail: acueller@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Sergei Lemberg was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

I further certify that on November 12, 2019 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Sergei Lemberg was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

David S. Almeida
David M. Krueger
Benesch, Friedlander, Coplan & Aronoff
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
dalmeida@beneschlaw.com
dkrueger@beneschlaw.com

 /s/ Amy L. Cueller
Amy L. Cueller

LEMBERG LAW, L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Fax No.: (203) 653-3424