UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Derrick Virgne, *on behalf of himself and all others similarly situated*, </br>  </br> Plaintiff(s), </br>  </br> v. </br>  </br> C.R. England, Inc., </br>  </br> Defendant(s). | ) </br> ) </br> ) </br> ) </br> ) </br> ) Cause No. 1:19-cv-02011-SEB-MJD </br> ) </br> ) </br> ) </br> ) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY JOSHUA MARKOVITS**

Amy L. Cueller of the law firm Lemberg Law, LLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Joshua Markovits of Lemberg Law, LLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Derrick Virgne**,** in the above-styled case only.  In support of this motion, the undersigned states:

    1.  The Certification of Joshua Markovits, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

    2.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Joshua Markovits leave to appear *pro hac vice* for purposes of this case only.

    Dated: December 10, 2019

                                                Respectfully submitted,

                                                /s/ Amy L. Cueller
                                              Amy L. Cueller, #15052-49
                                              LEMBERG LAW, L.L.C.
                                              43 Danbury Road

Wilton, CT 06897  
Telephone: (203) 653-2250  
Fax No.: (203) 653-3424  
E-Mail: acueller@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2019, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Joshua Markovits was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

I further certify that on December 10, 2019 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Joshua Markovits was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

David S. Almeida  
Benesch, Friedlander, Coplan & Aronoff  
71 S. Wacker Dr., Suite 1600  
Chicago, IL 60606  
dalmeida@beneschlaw.com

/s/ Amy L. Cueller  
Amy L. Cueller

LEMBERG LAW, L.L.C.  
43 Danbury Road  
Wilton, CT 06897  
Telephone: (203) 653-2250  
Fax No.: (203) 653-3424