# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DERRICK VIRGNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-02011 |
| | ) | |
| C.R. ENGLAND, INC. | ) | Hon. Sara Evans Barker |
| | ) | |
| Defendant. | ) | Hon. Magistrate Mark J. Dinsmore |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY MARK S. EISEN

David S. Almeida of the law offices of Benesch, Friedlander, Coplan & Aronoff LLP, pursuant to Local Rule 83-6(a), hereby moves this Court for an Order granting Mark S. Eisen of the law offices of Benesch, Friedlander, Coplan & Aronoff LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of C.R. England, in the above-styled case only. In support of this motion, the undersigned states:

1. The Certification of Mark S. Eisen, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit "A".

2. Electronic payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Mark S. Eisen leave to appear *pro hac vice* for purposes of this case only.

Dated:  December 10, 2019                    Respectfully submitted,

                                                                            */s/ David S. Almeida*
David S. Almeida
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 S. Wacker Drive, 16th Floor
Chicago, Illinois  60606
Telephone:  (312) 212-4949
Facsimile:  (312) 767-9192
dalmeida@beneschlaw.com

*Counsel for C.R. England, Inc.*

## CERTIFICATE OF SERVICE

I, certify that on December 10, 2019, the foregoing **Motion to Appear *pro hac vice* Filed on Behalf of Attorney Mark S. Eisen** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access tis filing through the Court's system.

                                                */s/  David S. Almeida*
                                                DAVID S. ALMEIDA