UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DERRICK VIRGNE, *on behalf of himself* </br> *and others similarly situated* </br> </br> Plaintiff, </br> </br> v. </br> </br> C.R. ENGLAND, INC., </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )   Case No. 1:19-cv-02011 </br> ) </br> )   Hon. Sara Evans Barker </br> ) </br> )   Hon. Magistrate Mark J. Dinsmore |

**MOTION TO APPEAR *PRO HAC VICE*** 
**FILED ON BEHALF OF ATTORNEY SUZANNE M. ALTON DE ERASO**

David S. Almeida of the law offices of Benesch, Friedlander, Coplan & Aronoff LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this Court for an Order granting Suzanne M. Alton de Eraso of the law offices of Benesch, Friedlander, Coplan & Aronoff LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, C.R. England, Inc. in the above-styled cause only.  In support of this motion, the undersigned states:

    1.  The Certification of Suzanne M. Alton de Eraso, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as *Exhibit A*.

    2.  Electronic payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted via pay.gov contemporaneously with the filing of this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Suzanne M. Alton de Eraso leave to appear *pro hac vice* for purposes of this cause only.

Dated: January 29, 2020						Respectfully submitted,


                /s/David S. Almeida
               David S. Almeida
               Benesch, Friedlander, Coplan & Aronoff, LLP
               71 South Wacker Drive, Suite 1600
               Chicago, IL  60606
               Telephone:  312-212-4949
               Facsimile:  312-767-9192
               Email:  dalmeida@beneschlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing **Motion to Appear *Pro Hac Vice* Filed on Behalf of Atorney Suzanne M. Alton de Eraso** was served upon all interested parties using this Court's ECF filing system this 29th day of January, 2020.

                                                                      */s/ David S. Almeida*