UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DERRICK VIRGNE on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.R. ENGLAND, INC., )<br>)<br>Defendant. ) | No. 1:19-cv-02011-SEB-MJD |

**ORDER DENYING MOTION TO APPEAR *PRO HAC VICE***

This matter comes before the Court on the Motion to Appear *Pro Hac Vice* filed on Behalf of Attorney Suzanne M. Alton de Eraso. [Dkt. 91.] The certification in support of the motion states that Ms. Alton de Eraso is suspended from the practice of law in the State of Indiana, the United States District Court for the Northern District of Indiana, and the United States District Court for the Southern District of Indiana due to her lack of desire to renew her Indiana attorney license since she no longer actively practices in Indiana. [Dkt. 91-1 ¶ 2.]

*Pro hac vice* admission is a means by which attorneys who **are not** admitted to practice in this court may be granted limited admission for the sole purpose of representing a party in a specific case pending before the court. Ms. Alton de Eraso **is** admitted to practice law in in this court; however, her admission is currently suspended. In what appears to be an effort to circumvent that suspension, Ms. Alton de Eraso now requests that this Court grant her limited *pro hac vice* admission for the sole purpose of representing Defendant in this matter. It would be

improper for the Court cannot grant limited *pro hac vice* admission to an attorney who is suspended entirely from practicing before this Court. Therefore, the motion [Dkt. 91] is **DENIED**.

If Ms. Alton de Eraso seeks to practice before this Court, she must either reinstate or resign her admission to the bar of this District.[1] Further, Ms. Alton de Eraso is advised that, even if she were to resign from the bar of this court, it is unlikely a subsequent motion seeking *pro hac vice* admission would be granted while Ms. Alton de Eraso remains suspended from the practice of law in the State of Indiana.

In light of this order, the Clerk is **ORDERED** to refund the $100 filing fee paid for Ms. Alton de Eraso's *pro hac vice* admission to Benesch, Friedlander, Coplan & Aronoff, LLP at the following address:

> BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
> 71 South Wacker Drive, Suite 1600
> Chicago, IL 60606

SO ORDERED.

Dated:  21 FEB 2020

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[1] The undersigned takes no position regarding whether it is possible for an attorney to resign from the bar of this court while that attorney is suspended.

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

Service via U.S. Mail:

Suzanne M. Alton de Eraso
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606