# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Derrick Virgne, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br> v. <br> C.R. England, Inc., <br><br> Defendant. | Civil Action No.: 1:19-cv-02011-SEB-MJD |

## NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Derrick Virgne ("Plaintiff"), on behalf of himself and all other persons similarly situated, by and through his undersigned counsel, hereby moves for entry of an Order granting preliminary approval of the Class Action Settlement Agreement between Plaintiff and Defendant C.R. England, Inc.

Plaintiff respectfully requests that the Court (i) conditionally certify the Settlement Class for purposes of settlement; (ii) appoint Plaintiff as the Settlement Class Representative; (iii) appoint Lemberg Law, LLC as Class Counsel; (iv) preliminarily approve the terms of the Settlement Agreement; (v) approve the form, content and method of delivering notice to the Settlement Class as set out in the Settlement Agreement as "the best notice that is practicable under the circumstances" (Fed. R. Civ. P. 23(c)(2)(B)); and (vi) schedule a final approval hearing in accordance with the deadlines proposed in the Settlement Agreement.

In support, Plaintiff submits the accompanying Memorandum of Law, the executed Settlement Agreement and its exhibits, and the Declarations of Stephen F. Taylor and Sergei Lemberg.

For the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests that the Court enter the Preliminary Approval Order in the form attached as <u>Exhibit C</u> to the Settlement Agreement and submitted herewith as <u>Exhibit 1</u> to this motion.

Dated: April 17, 2020

                                                      LEMBERG LAW, LLC

                                                     <u>/s/ Stephen Taylor</u>
                                                   Stephen Taylor
                                                   Sergei Lemberg
                                                   Joshua Markovits
                                                   Lemberg Law, LLC
                                                   43 Danbury Road
                                                   Wilton, CT 06897
                                                   Tel: (203) 653-2250
                                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, I served a true and accurate copy of the foregoing to counsel of record through the Court's CM/ECF system.

                                                     _/s/ Stephen Taylor_
                                                     Stephen Taylor