UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Derrick Virgne, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br> v. <br><br> C.R. England, Inc., <br><br> Defendant. | Civil Action No.: 1:19-cv-02011-SEB-MJD |

**NOTICE OF MOTION AND MOTION FOR (1) AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND (2) AN INCENTIVE AWARD TO THE NAMED PLAINTIFF**

Pursuant to Fed. R. Civ. P. 23(h), Plaintiff Derrick Virgne ("Plaintiff") and Class Counsel respectfully move this Court for an Order of attorneys' fees of $105,000., litigation expenses of $47,278.94, and for an incentive award to Plaintiff in the amount of $10,000.00.

In support, Plaintiff and Class Counsel submit the accompanying memorandum of law and the Declarations of Sergei Lemberg and Stephen F. Taylor.

For the reasons set forth in the accompanying memorandum, Plaintiff and Class Counsel respectfully request that the Court grant this motion and award the requested fees, expenses and incentive award.

Dated: November 19, 2020

LEMBERG LAW, LLC

   /s/ Stephen Taylor
Stephen Taylor
Sergei Lemberg
Joshua Markovits
Lemberg Law, LLC
43 Danbury Road

1

Wilton, CT 06897
Tel: (203) 653-2250
Attorneys for Plaintiff

Case 1:19-cv-02011-SEB-MJD Document 116 Filed 11/19/20 Page 2 of 3 PageID #: 1119

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2020, I served a true and accurate copy of the foregoing to counsel of record through the Court's CM/ECF system.

                                                                                           */s/ Stephen Taylor*
                                                                                           Stephen Taylor