## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Derrick Virgne, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br> v. <br><br> C.R. England, Inc., <br><br> Defendant. | Civil Action No.: 1:19-cv-02011-SEB-MJD |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Derrick Virgne ("Plaintiff"), by and through undersigned counsel, hereby moves for entry of an Order granting final approval of the Parties' Class Action Settlement Agreement.

In support, Plaintiff submits the accompanying Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and the declarations of Robert Coomes, Project Manager with KCC Class Action Services and Stephen Taylor.

Plaintiff respectfully requests that the Court approve the settlement as fair, reasonable and adequate and enter the Final Approval Order in the form attached hereto as <u>Exhibit A</u>.

Dated: December 30, 2020

                 LEMBERG LAW, LLC

                  */s/ Stephen Taylor*
                 Stephen Taylor
                 Sergei Lemberg
                 Joshua Markovits
                 Lemberg Law, LLC
                 43 Danbury Road
                 Wilton, CT 06897
                 Tel: (203) 653-2250
                 Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2020, I served a true and accurate copy of the foregoing to counsel of record through the Court's CM/ECF system.

      */s/ Stephen Taylor*
      Stephen Taylor